IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JERALD S. ENSLEIN, in his capacity as Chapter 7 Trustee for Xurex, Inc., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 16-09020-CV-W-ODS ) |
| GIACOMO E. DI MASE, et al., | ) ) |
| Defendants. | ) |

### ORDER GRANTING PLAINTIFF AND DEFENDANT STEVE MCKEON'S JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Pending is Plaintiff Jerald Enslein and Defendant Steve McKeon's joint motion for entry of a consent judgment as to McKeon. Doc. #598. According to their motion, the parties entered into an agreement that resolved Plaintiff's claims against McKeon, and pursuant to the agreement, the parties consented to entry of judgment in favor of Plaintiff and against McKeon in the amount of $3,100,000.00. *Id.*; Doc. #598-1. The Court grants the parties' motion and enters judgment in favor of Plaintiff and against McKeon in the amount of $3,100,000.00.

Plaintiff's claims against Defendants Jose Di Mase, Giacomo Di Mase, Leonard Kaiser, Lee Kraus, Joe Johnston, Tristam Jensvold, Robert Olson,[1] DuraSeal Pipe Coatings Company LLC, DuraSeal Holdings S.r.L., and HDI, Holding Development Investment S.A. remain pending.

IT IS SO ORDERED.

DATE: November 1, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] It is the Court's understanding that Plaintiff and Olson have reached a settlement; however, no stipulation or motion has been filed by Plaintiff and Olson regarding same.