IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JERALD S. ENSLEIN, in his capacity as Chapter 7 Trustee for Xurex, Inc., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 16-09020-CV-W-ODS |
| GIACOMO E. DI MASE, et al., | ) ) ) | |
| Defendants. | ) | |

ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST
DEFENDANT ROBERT OLSON WITH PREJUDICE

Pending is Plaintiff Jerald Enslein and Defendant Robert Olson's Joint Motion to Dismiss Robert Olson with Prejudice. Doc. #603. These parties ask the Court to dismiss Plaintiff's claims against Olson with prejudice. The Court grants the parties' request and dismisses with prejudice Plaintiff's claims against Olson with each party bearing his own costs and fees. Plaintiff's claims against all other Defendants remain pending.

IT IS SO ORDERED.

DATE: November 1, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT