IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JERALD S. ENSLEIN, in his capacity as Chapter 7 Trustee for Xurex, Inc., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 16-09020-CV-W-ODS<br>) |
| GIACOMO E. DI MASE, et al., | )<br>) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

___ **Jury Verdict**. This action came before the Court for a trial by jury.

 X  **Decision by the Court**.

**IT IS ORDERED AND ADJUDGED** that pursuant to Order entered by the Honorable Ortrie D. Smith on July 31, 2020, the Court denies Defendant Kraus's motion for judgment as a matter of law and his alternative request for new trial, and the Court grants Plaintiff's motion to certify the judgment against Defendant Kraus in the United States District Courts for the Districts of Kansas and Connecticut.
.

Date: July 31, 2020  PAIGE WYMORE-WYNN
Clerk of Court

s/ RENEA MATTHES MITRA
By: Renea Matthes Mitra, Courtroom Deputy