IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JERALD S. ENSLEIN, in his capacity as Chapter 7 Trustee for XUREX, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>GIACOMO E. DI MASE, et al.,<br><br>Defendants. | Case No. 16-09020-CV-W-ODS |

## DEFENDANT LEE KRAUS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that Lee Kraus, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from: (a) the Order and Opinion Denying Defendant's Motion for Judgment as a Matter of Law or, in the Alternative, Motion for New Trial, and Granting Plaintiff's Motion to Certify Judgment entered in this action on the 31st day of July, 2020 (ECF #696); (b) the Judgment in a Civil Case entered in this action on the 31st day of July, 2020 (ECF #697); (c) the Jury Verdict entered in this action on the 15th day of November, 2019 (ECF # 630); (d) the Clerk's Judgment entered in this action on the 15th day of November, 2019 (ECF # 631); and (e) all adverse rulings subsumed within these four orders, verdicts and judgments.

Respectfully submitted,

**SAGE LAW, LLP**

By: /s/ *Jeffrey R. King*
Jeffrey R. King, MO #54670
12980 Metcalf Avenue, Suite 500
Overland Park, Kansas 66213
Telephone: (913) 341-7800
Telecopier: (913) 341-7804
jking@sage.law
*Attorneys for Defendant Lee Kraus*

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF e-filing system, which will send notice of filing to all participants receiving notices.

Notices were also sent by electronic and United States Mail, first class postage prepaid, to those parties not receiving notice via the CM/ECF e-filing system.

/s/ *Jeffrey R. King*
Attorney for Lee Kraus