# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2771

_____

Jill Denise Olsen, in her capacity as Chapter 7 Trustee for Xurex, Inc.

Plaintiff - Appellee

v.

Giacomo E. Di Mase; Leonard P. Kaiser; Tristam G. Jensvold; Steve McKeon

Defendants

Lee O. Kraus, Jr.

Defendant - Appellant

Jose Di Mase; DuraSeal Pipe Coatings Company, LLC; DuraSeal Holdings, S.r.L.; Joseph Johnston; Dietmar Rose; Robert Olson; HDI, Holding Development Investment S.A.

Defendants

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:16-cv-09020-ODS)
_____

**JUDGMENT**

Before LOKEN, COLLOTON and BENTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

January 31, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans